IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **CHRISTOPHER DEAN HENDERSON,** </br> Petitioner, </br> </br> v. </br> </br> **WARDEN OF GREEN ROCK** </br> **CORRECTIONAL CENTER,** </br> Respondent. | Civil Action No. 7:14-cv-00491 </br> </br> **FINAL ORDER** </br> </br> By: Norman K. Moon </br> United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that Henderson's motion to expand the record is **DENIED**; respondent's motion to dismiss is **GRANTED**; and the action is **STRICKEN** from the active docket of the court.

Furthermore, finding that Henderson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 11th day of September, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE